## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-58184-JWC |
| | ) | |
| WILLIE CHARLES HUTCHINS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF SPECIAL COUNSEL

COMES NOW, WILLIE CHARLES HUTCHINS ("Debtor") in the above-styled matter and makes this application for employment of professional person under 11 U.S.C. §327.

1.

On May 9, 2016, the Debtor filed a Petition herein under Chapter 13 of the Bankruptcy Code.

2.

Debtor requires the services of an attorney to represent him in a personal injury claim, including but not limited to:

a)	Providing Debtor with legal and counseling services regarding the personal injury claim;

b)	Preparing on behalf of the Debtor the necessary applications, pleadings, forms, motions, answers, orders, and other legal papers pursuant to a personal injury case; and

c)	Performing all other related legal services for Debtor which may be reasonably necessary in connection with the personal injury case.

3.

Debtor has employed JULIAN SANDERS, ESQ. of The Law Offices of Julian Sanders & Associates, LLC ("Counsel") under a contract for services, with all compensation paid to them subject to approval by this Court. The attorney client agreement between Debtor and Counsel is

attached hereto as Exhibit "A." The approval of the employment of JULIAN SANDERS, ESQ. as Special Counsel would be in the best interest of the Debtor's bankruptcy estate.

4.

Counsel has no adverse interest with the Debtor, any creditor or any other party in interest herein, the United States Trustee, the Chapter 13 Trustee, or any person employed in the office of the Chapter 13 Trustee, and represents no interest adverse to the Debtor with respect to any matter on which they are employed by Debtor. The Affidavit of JULIAN SANDERS, ESQ. is attached hereto as Exhibit "B."

5.

All creditors have been served with a copy of this application by first class mail on the 8th day of November, 2018. Creditors are hereby notified that any objection to this application must be filed within twenty-one (21) days after service, exclusive of the day of service, and a copy of same must be served on the Debtor. In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

6.

WHEREFORE, Debtor prays that the Court approve the Debtor's employment of JULIAN SANDERS, ESQ. of The Law Offices of Julian Sanders & Associates, LLC as Special Counsel in his personal injury suit, with all compensation to be paid being subject to Court approval, and that Counsel have such other and further relief as is just and proper. Respectfully submitted,

                                                /s/
                                      Howard Slomka
                                      Georgia Bar # 652875
                                      Slipakoff & Slomka, P.C.
                                      Attorney for Debtor
                                      Overlook III
                                      2859 Paces Ferry Rd., SE

Suite 1700
Atlanta, GA 30339

# EXHIBIT A

DocuSign Envelope ID: 18183B8D-97D1-433C-ACF6-CE4C9A475A48

# THE LAW OFFICES OF JULIAN SANDERS & ASSOCIATES, LLC
## ATTORNEYS AT LAW
### 1401 PEACHTREE STREET NE, SUITE 340
### ATLANTA, GA 30309

JULIAN@JULIANSANDERSLAW.COM

**Attorney:**
Julian L. Sanders

telephone: 678.705.9581
facsimile: 678.705.4788

9/4/2018 11:06:31 AM EDT

## THE LAW OFFICES OF JULIAN SANDERS AND ASSOCIATES, LLC.
## FEE CONTRACT

I, __Willie Hutchins__ , presently reside at __1843 Oakmont Dr nw Atlanta Ga__ ;

do hereby employ The Law Offices of Julian Sanders and Associates, LLC, Attorneys at Law to represent me regarding a car accident that occurred on or about __9/1/18__, 2018 located on __Northside dr__ in __Atlanta__ GA, __Fulton__ County. I agree to pay The Law Offices of Julian Sanders and Associates, LLC. a fee for any and all recovery attributable to the legal services rendered. The professional services will be billed on a Contingency Fee Rate of 1/3 of all amounts collected if there is no litigation and 40% if there is litigation. The 40% rate applies after a lawsuit is filed regardless of whether or not there is a trial. I understand that the fee is for professional services and **does not** cover out-of-pocket expenses, which I **only** pay from monies recovered. Expenses of this nature include but are not limited to witness fees, filing fees, and fees for copies of essential records.

This ____ Day of _____, 2018   9/4/2018 11:06:31 AM EDT

DocuSigned by:
*Willie Hutchins*
FDEAAD22C0951A5A

Accepted this _____ day of _____, 2018.

_____
Julian L. Sanders, Esq.

C:\PROGRAMDATA\ACTIVEPDF\DC_ENTXTMPV4D72F0F52C344-EA7B-424A-8BB9-3772F9BC931C.DOCX

## EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-58184-JWC |
| ) | |
| WILLIE CHARLES HUTCHINS ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |

### AFFIDAVIT OF JULIAN SANDERS

Personally appeared before me, the undersigned officer, duly authorized by law to administer oaths, JULIAN SANDERS, who, having been duly sworn, states as follows:

1.

I am over 18 years of age. I am an attorney in good standing and licensed to practice under the State Bar of Georgia.

2.

I have represented clients in personal injury matters for over __15__ years.

3.

I am an attorney with The Law Offices of Julian Sanders & Associates, LLC and this firm was retained by WILLIE CHARLES HUTCHINS to represent him in a personal injury action. Both myself and this law firm are disinterested parties and we have no adverse connections to WILLIE CHARLES HUTCHINS or his Chapter 13 Bankruptcy case.

4.

Neither myself nor this law firm is representing WILLIE CHARLES HUTCHINS in any other matters.

Further Affiant sayeth naught.

In witness whereof, the affiant has affixed her hand and seal, on this __8__ day of November, 2018.

Affiant: JULIAN SANDERS

Sworn to and subscribed before me,
the undersigned officer authorized by law to administer oaths,
this __8__ day of November, 2018.

Notary Public
My commission expires:

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-58184-JWC |
| ) | |
| WILLIE CHARLES HUTCHINS ) | CHAPTER 13 |
| ) | |
| Debtor. ) | |

### NOTICE OF REQUIREMENT OF RESPONSE TO APPLICATION FOR APPROVAL OF EMPLOYMENT OF SPECIAL COUNSEL

Notice is hereby given that an Application for Approval of Employment of Special Counsel on exempt property pursuant to 11 U.S.C. § 522 has been filed in the above styled action on or about the 8th day of November, 2018. Notice is further given that, pursuant to Local Rule BLR 6008-1 N.D.G.A., [BLR 755-2], the respondent shall file a response to the Application for Approval of Employment of Special Counsel within twenty-one (21) days after service, exclusive of the day of service, and serve a copy on Debtor. In the event that no response is time filed and served, the Application for Approval of Employment of Special Counsel will be deemed unopposed and the Bankruptcy Court shall enter an order granting the employment of special counsel. In the event that the Application for Approval of Employment of Special Counsel is timely controverted, the Bankruptcy Court may schedule a hearing on notice to the Debtor, respondent or order such other proceedings as may be appropriate.

Dated and served this 8th day of November, 2018.

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd., SE, Suite 1700
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-58184-JWC |
| | ) | |
| WILLIE CHARLES HUTCHINS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Application for Approval of Employment of Special Counsel and Notice of Requirement of Response Application for Approval of Employment of Special Counsel to in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J Whaley (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Willie Charles Hutchins
1843 Oakmont Drive NW
Atlanta, GA 30314

The Law Offices of Julian Sanders & Associates, LLC
c/o Julian Sanders, Esq.
1401 Peachtree Street, NE
Suite 340
Atlanta, GA 30309

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATED: November 8, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd., SE, Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          Amex                                        Lisa F. Caplan
113E-1                                   Correspondence                              Rubin Lublin, LLC
Case 16-58184-jwc                        Po Box 981540                               Suite 100
Northern District of Georgia             ElPaso, TX 79998-1540                       3145 Avalon Ridge Place
Atlanta                                                                              Peachtree Corners, GA 30071-1570
Thu Nov  8 14:17:55 EST 2018

Department Store National Bank           (p)GEORGIA DEPARTMENT OF REVENUE            Willie Charles Hutchins
c/o Quantum3 Group LLC                   COMPLIANCE DIVISION                         1843 Oakmont Drive NW
PO Box 657                               ARCS BANKRUPTCY                             Atlanta, GA 30314-1829
Kirkland, WA  98083-0657                 1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


Internal Revenue Service                 Quicken Loans                               Quicken Loans Inc.
PO Box 7346                              1050 Woodward Ave                           635 Woodward Ave.
Philadelphia, PA 19101-7346              Detroit, MI 48226-1906                      Detroit, MI 48226-3408



Howard P. Slomka                         U. S. Attorney                              Visa Dept Store National Bank
Slipakoff & Slomka, PC                   600 Richard B. Russell Bldg.                Attn: Bankruptcy
Overlook III - Suite 1700                75 Ted Turner Drive, SW                     Po Box 8053
2859 Paces Ferry Rd, SE                  Atlanta GA 30303-3315                       Mason, OH 45040-8053
Atlanta, GA 30339-6213

WELLS FARGO BANK, N.A.                   Wells Fargo                                 Wells Fargo Auto Finance
MAC F8235-02F                            Po Box 14517                                MAC N9777-112
PO BOX 10438                             Des Moines, IA 50306-3517                   PO Box 5169
DES MOINES, IA 50306-0438                                                            Sioux Falls, SD 57117-5169


Wells Fargo Auto Finance                 Wells Fargo Bank Nv Na                      Wells Fargo Bank, N.A.
PO Box 51168                             1 Home Campus X2303-01a                     Wells Fargo Card Services
Los Angeles, CA 90051-5468               Des Moines, IA 50326                        1 Home Campus 3rd Floor
                                                                                     Des Moines, IA 50328-0001


Wells Fargo Bank, N.A. - Wells Fargo Auto Fi   Nancy J. Whaley
435 Ford Road, Suite 300                 Nancy J. Whaley, Standing Ch. 13 Trustee
St. Louis Park, MN 55426-4938            303 Peachtree Center Avenue
                                         Suite 120, Suntrust Garden Plaza
                                         Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20