**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: { | | CHAPTER 13 |
| WILLIE CHARLES HUTCHINS { | | CASE NO.: A16-58184-JWC |
| DEBTOR { | | |

**TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee, in the above-styled case, and moves to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this modification be approved. In support of a modification of the plan and amendment to the schedules, the Trustee shows the Court the following:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on May 9, 2016.

2.

Debtor's plan was confirmed on July 19, 2016, which provides plan payments of $300.00 per month.

3.

It has come to the Trustee's attention that the Debtor has been involved in an incident that has given rise to a personal injury claim. Pursuant to 11 U.S.C. Sections 541 and 1306, the claim and any potential proceeds are property of the estate.

4.

The proceeds of this lawsuit may be a benefit to the Chapter 13 estate that could benefit unsecured creditors. The Trustee requests that the Chapter 13 plan be modified to include a provision in Section 10 that the Debtor shall remit all net proceeds from the pending personal injury claim unless further Order from the Court directs otherwise.

WHEREFORE, the Trustee prays that the Court grant the Trustee's request for modification of the confirmed plan.

Respectfully submitted,

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| **WILLIE CHARLES HUTCHINS** | : | CASE NUMBER A16-58184-JWC |
|     DEBTOR | : | |
| | : | |
| **NANCY J. WHALEY, TRUSTEE** | : | |
|     MOVANT | : | |
| VS. | : | |
| | : | |
| **WILLIE CHARLES HUTCHINS** | : | CONTESTED MATTER |
|     RESPONDENT | : | |

### NOTICE OF HEARING ON MOTION TO MODIFY CHAPTER 13 PLAN

**PLEASE TAKE NOTICE** that Nancy J. Whaley has filed a Motion to Modify Chapter 13 Plan with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Trustee's Motion to Modify Chapter 13 Plan in *Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 at 10:20 a.m., Tuesday, December 1, 2020.*

**Given the current public health crisis, hearings may be telephonic only.  Please check the "[Important Information Regarding Court Operations During COVID-19 Outbreak](#)" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in their bankruptcy case.  (If you do not have any attorney, you may wish to consult with one).  If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the

Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, S.W. Atlanta, Georgia 30303.**  You must also mail a copy of your response to the undersigned at the address stated below.

THIS THE 4th day of November, 2020.

Respectfully submitted,

_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

*/mp*

# CERTIFICATE OF SERVICE

Case No: A16-58184-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Modify Chapter 13 Plan and Notice of Hearing on Trustee's Motion to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

WILLIE CHARLES HUTCHINS
1843 OAKMONT DRIVE NW
ATLANTA, GA  30314

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Modify Chapter 13 Plan and Notice of Hearing on Trustee's Motion using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 4th day of November, 2020.

/s/_____
 Julie M. Anania
 Attorney for the Chapter 13 Trustee
 State Bar No. 477064
 303 Peachtree Center Avenue, NE
 Suite 120
 Atlanta, GA 30303
 678-992-1201